DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICOLAS DOMINIQUE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-0965

[June 24, 2021]

Appeal of order denying rule 3.800 (a) motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case No. 05-17224CF10A.

Nicolas Dominique, Malone, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and ARTAU, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***